IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL ANTHONY NEWCOMB                                    PETITIONER

v.                          NO. 4:19-cv-00714 BSM/PSH

LUCAS EMBERTON, RANDAY CHURCHES,                           RESPONDENTS
ETHAN WARD, and BREEZY MERIOTT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Michael Anthony Newcomb ("Newcomb") began this case on October 11, 2019, by filing a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. 2255. In the petition, he maintained that he was arrested without probable cause and should be immediately released from the custody of Van Buren County officials. He accompanied his petition with a motion to proceed <u>in forma pauperis</u>. The undersigned reviewed the motion and found that he has the means to pay the filing fee. The motion was denied in an Order dated October 29, 2019, and Newcomb was given until November 27, 2019, to pay the filing fee. He was cautioned that in the event he failed to pay the filing fee by November 27, 2019, the undersigned would recommend that this case be dismissed without prejudice. He was also notified of his responsibility to comply with the Local Rules for the Eastern District of Arkansas, specifically, Local Rule 5.5(c)(2). That sub-paragraph provides, in part, the following:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. … If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. …

The October 29, 2019, Order was sent in an envelope by regular mail to Newcomb at the address he provided the Clerk upon filing the petition at bar, i.e., Van Buren County Jail, P.O. Box 451, Clinton, Arkansas 72031. The envelope could not be delivered to Newcomb at the address he provided. The envelope was returned to the Clerk marked "RETURN TO SENDER, REFUSED, UNABLE TO FORWARD" and was entered on the docket on November 19, 2019. See Docket Entry 4.

On January 6, 2020, Newcomb was given thirty days to file a notice of his current address and pay the filing fee. He was cautioned that in the event he failed to do so within thirty days, the undersigned would recommend that this case be dismissed without prejudice.

The January 6, 2020, Order was sent in an envelope by regular mail to Newcomb at the Van Buren County Jail address. The envelope could not be delivered to Newcomb at that address. The envelope was returned to the Clerk marked "RTS, NOT HERE" and was entered on the docket on January 14, 2020. See Docket Entry 6.

Thirty days from January 6, 2020, has come and gone, and Newcomb has not provided his current address and has not paid the filing fee. Given his failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for the respondents.

IT IS SO RECOMMENDED this 14th day of February, 2020.

                                                          _____
                                                       UNITED STATES MAGISTRATE JUDGE