IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ANTHONY NEWCOMB**                                    **PLAINTIFF**

v.                  **CASE NO. 4:19-CV-00714 BSM**

**LUCAS EMBERTON, et al.**                                           **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 7] has been received. After careful review of the record, the RD is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE